# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULY SIERRA, | ) Case No. |
| Plaintiff, | ) 3:19-cv-02104-WHA |
| vs. | ) ~~(PROPOSED)~~ ORDER |
| ENHANCED RECOVERY COMPANY, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and DOES 1-10, inclusive, | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this:____June 18, 2019.____

_____
Honorable Judge of the District Court

Order to Dismiss - 1